◼ LISA HARGRAVES et al., Individually and as Parents and Guardians of CARISSA ANN HARGRAVES, an Infant, Respondents, v BATH CENTRAL SCHOOL DISTRICT, Appellant, et al., Defendants. [654 NYS2d 539] —Order unanimously modified on the law and as modified affirmed without costs in accordance with the follow-

ing Memorandum: Supreme Court properly denied defendant's motion to dismiss the causes of action seeking compensatory damages for alleged negligent conduct. The court erred, however, in failing to dismiss the cause of action seeking punitive damages. Punitive damages may not be assessed against defendant Bath Central School District, which is a public corporation (*see, Sharapata v Town of Islip,* 56 NY2d 332; *Buck v Hooker Chems. & Plastics Corp.,* 117 Misc 2d 496). (Appeal from Order of Supreme Court, Steuben County, Purple, Jr., J.—Summary Judgment.) Present—Pine, J. P., Lawton, Callahan, Doerr and Fallon, JJ.